UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KINDRA HALL SIMMONS

VERSUS

EXPO ENTERPRISES, INC,
ET AL.

CIVIL ACTION

NO. 12-432-JJB

## ORDER

Considering the foregoing motion for clarification (doc. 28);

Counsel are notified that the court has an unavoidable scheduling conflict on the date set for trial, i.e., May 14, 2014.

According, the May 14, 2014, trial date is hereby CANCELED and will be reset after the court rules on the pending motion to dismiss for lack of subject matter jurisdiction.

Baton Rouge, Louisiana, April 8, 2014.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA